**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :  No. 497 EAL 2020

               Respondent         :

                                :  Petition for Allowance of Appeal
                                :  from the Order of the Superior Court

              v.              :

                                :

MONROE MERRITT,                :

                                :

               Petitioner          :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 18th day of May, 2021, the Petition for Allowance of Appeal is **DENIED**.